UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HEATHER HALBACH, et al.,, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:05CV02399-ERW |
| ) | |
| GREAT-WEST LIFE & ANNUITY ) | |
| INSURANCE COMPANY, et al., ) | |
| Defendant(s). ) | |

## **ORDER**

Upon agreement of the parties,

**IT IS HEREBY ORDERED** that this Court's protective order entered August 22, 2006 is terminated. Plaintiff's may communicate with the class members on claims covered by the certification order.

**IT IS FURTHER ORDERED** that Plaintiffs' Counsel shall provide the "Class Certification Disclosure" to any class member with whom they communicate.

**IT IS FURTHER ORDERED** that Defendants will not communicate directly with class members; to the extent that Defendants are contacted by class members they shall limit their communications to providing the class member with the "Class Certification Disclosure."

**IT IS FURTHER ORDERED** that Defendants' will provide Plaintiffs counsel with the names, addresses, and telephone numbers, if known, of current class members within thirty (30) days of the date of this order.

Dated this 12th Day of June, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE