UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HEATHER HALBACH, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:05CV02399 ERW |
| ) | |
| GREAT-WEST LIFE & ANNUITY ) | |
| INSURANCE COMPANY et al., ) | |
| Defendant(s). ) | |

## JUDGMENT

In accordance with the memorandum and order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Plaintiffs shall have judgment against Defendants on all counts of Plaintiffs' second amended complaint. Defendants shall immediately reinstate the benefits of all class members, and pay statutory penalties in the amount of $14,650.00.

Dated this 19th Day of November, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE